UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TINA EMERSON

CIVIL ACTION

VERSUS

NO.  07-456-FJP-CN

STATE OF LOUISIANA

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the Motion to Dismiss Action as to FEMA or, Alternatively, for Summary Judgment[1] filed by defendant, United States of America, on behalf of the United States Department of Homeland Security, Federal Emergency Management Agency, shall be GRANTED; that the Motion to Dismiss FEMA's Motion for Summary Judgment, Alternatively, Motion for Summary Judgment in Favor of Plaintiff[2] shall be DENIED; and that plaintiff's claims against FEMA, the State of Louisiana, and George Cotton shall be DISMISSED WITH PREJUDICE.

Baton Rouge, Louisiana, January 31, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 14.

[2] Rec. Doc. No. 17.

Doc#45043